No. 03–8659. NELSON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tennard* v. *Dretke, ante,* p. 274.

No. 03–9412. DILTS *v.* OREGON. Sup. Ct. Ore. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Blakely* v. *Washington, ante,* p. 296.

No. 03–9948. SHABAZZ *v.* LAMARQUE, WARDEN. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 03M81. TAYLOR *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA. Motion for leave to file petition for writ of certiorari under seal granted.

No. 03M82. HARTSFIELD *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 03M83. MCCULLUM *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 105, Orig. KANSAS *v.* COLORADO. Motion of Solicitor General for divided argument granted. [For earlier order herein, see, *e. g.,* 541 U. S. 1071.]

No. 02–626. SOUTH FLORIDA WATER MANAGEMENT DISTRICT *v.* MICCOSUKEE TRIBE OF INDIANS ET AL., 541 U. S. 95. Motion of respondents to retax costs denied.